# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARTHUR MORRELL, ET AL | CIVIL ACTION |
| VERSUS | NO. 10-924 |
| SEAN ALFORTISH, ET AL | SECTION: L |

## J U D G M E N T

Considering the Court's Order & Reasons entered herein on November 9, 2010, accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Evelyn Benoit, Sean Alfortish, Mona Romero, Christine Early, William R. Foreman, Don Hargroder, Keith Bourgeois, Sam B. David, Gerald Romero, Larry Robideaux, Jr., and Carrol J. Castille, and against plaintiffs, Arthur Morrell and Carl Woodley, dismissing said plaintiffs' claims with prejudice and costs.

New Orleans, Louisiana, this 9th day of November, 2010.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**